**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**DIANE HALL,**

        **Plaintiff,**

-vs-                                              Case No.  2:07-cv-323-FtM-29DNF

**LYONS TRANSPORTATION SERVICES, INC.,**

        **Defendant.**

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This action was filed pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b) ("FLSA"). The Plaintiff, Diane Hall alleges that she was not paid overtime wages. On September 26, 2007, Pearlie Lyons, the President of Lyons Transportation Services Inc[1] sent a letter (Doc. 9) responding to the allegations in the Complaint. The Court reviewed the letter and entered an Order (Doc. 13) on October 3, 2007, informing the Defendant that Ms. Lyons cannot represent a corporation and that a corporation may be heard only through counsel pursuant to Local Rule 2.03(e). The Court allowed Lyons Transportation Services, Inc. thirty (30) days to obtain counsel. In its prior Order, the Court cautioned the Defendant that if it failed to retain counsel, the Court would recommend that a default be entered against it. No notice of appearance has been filed by counsel on behalf of the corporation.

---

[1] In Pearlie Lyons letter, she claims that the correct name for the corporation is Lyons Transportation Inc. SWF.

**THEREFORE, IT IS RESPECTFULLY RECOMMENDED:**

1) That a default be entered against Lyons Transportation Services, Inc.

2) That the Motion for Clerk's Default (Doc. 14) be denied as moot.

2) That the Answer (Doc. 9) be stricken and the Clerk be directed to add a notation to the docket entry that the Answer was stricken.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this  29th   day of November, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record