UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE HALL,

           Plaintiff,

vs.                          Case No.  2:07-cv-323-FtM-29DNF

LYONS TRANSPORTATION SERVICES, INC.,

           Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #15), filed November 29, 2007, recommending that a default be entered against Lyons Transportation Services, Inc., that the Motion for Clerk's Default (Doc. #14) be denied as moot, and that the Letter Answer (Doc. #9) be stricken.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. §

636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts and adopts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #15) is hereby **accepted and adopted**.

2. The Clerk is directed to enter a default against defendant.

3. Plaintiff's Motion for Clerk's Default (Doc. #14) is **DENIED** as moot.

4. The Letter Answer (Doc. #9) is **stricken** and the Clerk is directed to so note this fact on the docket.

**DONE AND ORDERED** at Fort Myers, Florida, this ___28th___ day of December, 2007.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

-2-

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties